UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EMANUEL RANDALL                              CIVIL ACTION

VERSUS                                       NO: 12-0367

LSP-WARDEN N. BURL CAIN                      SECTION: R

### ORDER

Before the Court are Emanuel Randall's Petition for a Writ of Habeas Corpus (R. Doc. 3) and his objections (R. Doc. 14) to the Magistrate Judge's Report and Recommendation that the petition be denied with prejudice (R. Doc. 13). The Court, having reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, Emanuel Randall's petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 23rd day of August, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE